**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**RYAN A. JETT and LISA L. JETT**                                                    **PLAINTIFFS**

**V.**                                                            **CIVIL ACTION NO. 1:07CV115LG-JMR**

**FIRST AMERICAN FLOOD DATA
SERVICES and UNION PLANTERS
BANK now REGIONS BANK, INC.**                                        **DEFENDANTS**

**AGREED ORDER GRANTING PARTIAL DISMISSAL WITH PREJUDICE**

THIS CAUSE comes before the Court on the Joint Motion to Dismiss with Prejudice [10] filed by the parties.  The parties have agreed that any and all claims asserted in this matter by Plaintiffs against Union Planters Bank, now Regions Bank, Inc., should be dismissed with prejudice with each party to bear its respective costs and attorneys' fees.

IT IS THEREFORE ORDERED AND ADJUDGED that the Joint Motion to Dismiss with Prejudice [10] is GRANTED.  The Plaintiffs' claims against Union Planters Bank, now Regions Bank, Inc., in the above-referenced action are dismissed with prejudice with each party to bear its respective costs and attorneys' fees.

**SO ORDERED AND ADJUDGED** this the 4th day of June, 2007.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.

UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

s/ Mack A. Bethea,

Counsel for Plaintiffs, Ryan A. Jett and Lisa L. Jett

Mack A. Bethea, Esq. (MSB No. 02482)

Post Office Box 878

Gulfport, Mississippi 39502


s/ Paul J. Delcambre, Jr.

Counsel for Regions Bank, Inc.

Paul J. Delcambre, Jr., Esq. (MSB No. 6034)

Balch & Bingham LLP

1310 Twenty Fifth Avenue

Gulfport, Mississippi 39501

2